IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **VALERIY NASEDKIN**, an individual,<br><br>   Plaintiff,<br><br>  v.<br><br>**OTO.COACH INC.**, a Canadian corporation; **OTO US FERTILITY LP**, a Delaware limited partnership; and **CALEB EVANS**, an individual,<br><br>   Defendant. | Case No. 3:25-cv-01081-JR<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

**IMMERGUT, District Judge.**

  No objections to Judge Russo's Findings and Recommendations ("F&R"), ECF 24, have been filed. For the following reasons, this Court ADOPTS the F&R in full.

## STANDARDS

  Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). If a party objects to a magistrate judge's F&R, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* But the court is not required to review, de

novo or under any other standard, the factual or legal conclusions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not preclude further review by the district judge, *sua sponte*" whether de novo or under another standard. *Thomas*, 474 U.S. at 154.

## CONCLUSION

Judge Russo's F&R, ECF 24, is adopted in full. Defendants' Motion to Dismiss, ECF 9, is GRANTED as to their request for a stay under *Colorado River* and denied in all other respects.

**IT IS SO ORDERED**.

DATED this 7th day of January, 2026.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge